FILED

FOR USE BY INCARCERATED PERSONS

JUL 27 PM 4:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-06-J-1468-S

## APPLICATION TO PROCEED IN FORMA PAUPERIS

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: **Lamarcus Philpot-EL #221354**

   Present mailing address: **VCF, P.O. 767**
   **Clayton, AL. 36016**

2. Are you presently employed?   Yes ___   No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   — NA —

   Monthly earnings: — NA —

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   — NA —

   Date last worked: — NA —
   Monthly earnings: — NA —

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ___   No ✓
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ___   No ✓

1

(c) Pensions, annuities, or life insurance payments?    Yes ____   No ✓

(d) Gifts or inheritances?    Yes ____   No ✓

(e) Any other sources?    Yes ____   No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. — N/A —

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 0¢ 27¢

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ____   No ✓

If the answer is "yes," describe the property and state its approximate value: — N/A —

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support. — N/A —

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7-18-06

Jamarcus Philpot - EL
SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner _Lamarcus Philpot_ has been incarcerated in this institution since _7-19-06_, 19__, and that he has the sum of $ _.27_ in his prison or jail trust account on this the _19_ day of _July_, 2006. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | | $ | $ |
| Month 2 | | $ | $ |
| Month 3 | See | $ attached | $ |
| Month 4 | | $ | $ |
| Month 5 | | $ | $ |
| Month 6 | | $ | $ |
| Current month (if less than full month) | | $ | $ |

_____
Signature of Authorized Officer of Institution

_Ventress C F_
Name of Institution

4

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC


AIS #: 221354      NAME: PHILPOT, LAMARCUS DEMOND        AS OF: 07/19/2006

                   # OF        AVG DAILY          MONTHLY
         MONTH     DAYS         BALANCE          DEPOSITS
-------------------------------------------------------------------

          JUL       12          $0.00             $0.00
          AUG       31          $0.00             $0.00
          SEP       30          $0.00             $0.00
          OCT       31          $0.00             $0.00
          NOV       30          $0.00             $0.00
          DEC       31          $0.00             $0.00
          JAN       31          $0.00             $0.00
          FEB       28          $0.00             $0.00
          MAR       31          $0.00             $0.00
          APR       30          $0.00             $0.00
          MAY       31          $0.00             $0.00
          JUN       30          $2.48            $20.01
          JUL       19          $0.48            $20.00
```