FILED
2006 Sep-05 PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LAMARCUS PHILPOT-EL, | ) |
| Plaintiff, | ) |
| vs. | ) 2:06-cv-01468-IPJ-JEO |
| WARDEN J. C. GILES, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

The magistrate judge filed a report on August 7, 2006, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. The plaintiff was advised that he may file written objections within fifteen days. He has failed to respond to the report.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE**, this the 5th day of September 2006.

*[signature]*
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE