# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700



2006 SEP 22  A 10: 09

Sharon Harris
Acting Clerk

September 21, 2006

Clerk's Office
USDC Middle District of Alabama
P.O. Box 711
Montgomery, AL 36103

NDAL Case Number: 2:06-cv-1468-IPJ-JEO

Dear Clerk:

In accordance with the order of this court, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries, the original record on file and cd with PDF files. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

SHARON HARRIS, CLERK

By:_____
        Deputy Clerk

SNH:asl

Enclosures