IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAMARCUS PHILPOT-EL, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-00846-WKW |
| | ) (WO) |
| J.C. GILES, et al., | ) |
| Defendants. | ) |

**ORDER**

On September 27, 2006, the Magistrate Judge filed a Recommendation (Doc. # 7) in this case. No objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED; and

2. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 15th day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE